UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS, | CASE NO. 3:18-CV-00297-LRH-CBC |
| Plaintiff, | |
| v. | |
| LINDA McMAHON, in her official capacity as the Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, NEVADA STATE DEVELOPMENT CORPORATION, DOES 1-10; and ROE CORPORATIONS I through X, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS (FIRST REQUEST)** |
| Defendants. / | |

Plaintiff, MICHAEL J. WELLS, and Defendant, LINDA McMAHON, in her official capacity as the Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, by and through their counsel of record, hereby stipulate and agree, that Plaintiff shall have up to and including **Friday, January 4, 2019**, to file his Opposition to the Motion to Dismiss filed by Defendant McMAHON regarding the above-mentioned case.

This Stipulation is being made and agreed to at the request of Plaintiff's counsel given his work schedule, and need for extra time to respond to the involved Motion. Said counsel has numerous expert depositions, and discovery issues, as well as mediation, until the middle of December, and needs extra time to prepare and file an Opposition, and counsel for the defense has graciously agreed to same.

///

///

1

For these reasons, the parties have hereby entered this extension request, which is the first request for an extension of time.

DATED this 7TH day of November, 2018.

    ERICKSON, THORPE & SWAINSTON, LTD.

By /s/ John C. Boyden
JOHN C. BOYDEN, ESQ. (SBN 3917)
PAUL M. BERTONE, ESQ. (SBN 4533)
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Plaintiff Michael J. Wells*

DATED this 7TH day of November, 2018.

    U.S. ATTORNEYS OFFICE, CIVIL DIVISION

BY: /s/ Holly Vance
HOLLY VANCE, ESQ.
100 W. Liberty Street, Suite 600
Reno, NV 89501
Attorneys for Defendant
Linda McMahon

* * * * * * *

### ORDER

Having considered the within Stipulation for extension of time to file the Opposition to Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff MICHAEL J. WELLS shall have up to and including **Friday, January 4, 2019**, to file his Opposition to the Motion to Dismiss filed by Defendant McMahon in the above-captioned case.

IT IS SO ORDERED, *nunc pro tunc.*

DATED this 14th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE